### 3947.　CAMPBELL *v.* THE STATE.

RUSSELL, J.　1. The evidence in behalf of the State authorized the jury to infer that the assault was made by the defendant, and that, while it was not his purpose to use force or to have sexual intercourse with the female against her will, she did not consent to or encourage the advances made by him.

2. There is no merit in the other assignments of error, and it was not error to refuse a new trial.　　　　　　*Judgment affirmed.*

DECIDED MARCH 19, 1912.

Indictment for assault with intent to rape—conviction of assault and battery; from Colquitt superior court—December 29, 1911.

*W. A. Covington, T. H. Parker*, for plaintiff in error.

*J. A. Wilkes, solicitor-general*, contra.